UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:22-cr-00172 |
| | : | |
| JESSE JAMES VOLKERT, | : | |
| Defendant | : | |

---

## **O R D E R**

**AND NOW,** this 6th day of February, 2026, upon consideration of Defendant's Motion

for Early Termination of Supervised Release, *see* ECF No. 45; and of the Government's

opposition thereto, *see* ECF No. 47; and for the reasons set forth in the Opinion issued this date,

**IT IS ORDERED THAT:**

Defendant's Motion for Early Termination of Supervised Release, ECF No. 45, is

**DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge